# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| COLONIAL PATRIOT HOMEOWNERS ASSOCIATION, INC., | Case No. 21-CV-1970 (NEB/TNL) |
| Plaintiff, | |
| v. | ORDER FOR DISMISSAL |
| COUNTRY MUTUAL INSURANCE COMPANY, | |
| Defendant. | |

Pursuant to the parties' Stipulation of Dismissal With Prejudice filed on February 17, 2023 (ECF No. 27), IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE and each party shall bear their own costs.

Dated: February 21, 2023          BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge